11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Germania Farm Mutual Insurance Association

Appellant

Vs.                   No. 11-00-00393-CV B Appeal from Nolan County

Herbert Williams and wife, Mary Lois Williams

Appellees

 

The parties have filed in this court an
agreed motion to dismiss the appeal and to distribute the cash deposit filed
with the clerk of the trial court in lieu of a supersedeas bond.  The motion is granted.

The appeal is dismissed.  Pursuant to the parties= agreement, the clerk of the trial court is
directed to issue a check in the amount of $90,000 payable to Herbert Williams
and Mary Lois Williams and their attorney Temple Dickson and a check for the
remaining balance payable to Germania Farm Mutual Insurance Association.

 

PER CURIAM

 

July 18, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.